IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ARVEST BANK, | ) |
| | ) |
|    Plaintiff, | ) No. 10-2004 |
| | ) |
| v. | ) |
| | ) |
| PRESTON E. BYRD, DONETTE L. | ) |
| BYRD, and PRESTON E. BYRD | ) |
| IRREVOCABLE INSURANCE TRUST, | ) |
| | ) |
|    Defendants. | ) |

**ORDER DENYING MOTION IN LIMINE AS MOOT**

Before the Court is Plaintiff Arvest Bank's ("Arvest") October 6, 2011 Motion in Limine and Request for Jury Instructions. (ECF No. 110) ("Motion in Limine"). Defendants have not responded.

On October 6, 2011, Arvest filed an Amended Motion in Limine and Request for Jury Instructions. (ECF No. 112) (the "Amended Motion.") The Court denied Arvest's Amended Motion on December 16, 2011. (ECF No. 162.) Arvest's Motion in Limine is DENIED as MOOT.

So ordered this 16th day of December, 2011.

                                                s/ Samuel H. Mays, Jr._____
                                                SAMUEL H. MAYS, JR.
                                                UNITED STATES DISTRICT JUDGE